UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 11-20279-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIJA VINOGRADOVA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Peter R. Palermo, on February 7, 2012. The Report and Recommendations recommends to this Court, that counsel Scott W. Sakin, Esquire be paid **$36,539.25** as fair and final compensation for his work in this case. Accordingly, the Court has considered the Report and Recommendations, and the pertinent parts of the record, counsel's response stating he does not object to the Magistrate Judge's Report and Recommendations. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of February, 2012.

                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Scott W. Sakin, Esq
Lucy Lara, CJA Administrator