UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-20279-CR-SCOLA

UNITED STATES OF AMERICA,

v.

ALEC SIMCHUK,

              Defendant.
_____/

## ORDER REGARDING ATTORNEY REPRESENTATION OF DEFENDANT ALEC SIMCHUK

THIS MATTER is before the Court on independent review of the record. The Court is aware that Defendant Alec Simchuk has been apprehended and hereby enters this Order to advise any attorney planning to represent him in this case, as follows:

1. This case has been specially set for trial, commencing October 9, 2012. Trial is expected to last approximately four to six weeks.

2. Any attorney representing Defendant Simchuk must be available and prepared for these trial dates. The Court will not continue the trial or extend any special treatment to counsel appearing for this Defendant.

**DONE AND ORDERED** at Miami, Florida on July 30, 2012.

                      **UNITED STATES DISTRICT JUDGE
                      ROBERT N. SCOLA, JR.**

*Copies to:*
Counsel of record