**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 11-cr-20279-SCOLA

UNITED STATES OF AMERICA**,**

     Plaintiff,

v.

ALBERT TAKHALOV,
STANISLAV PAVLENKO,

     Defendants.

_____/

### ORDER DENYING MOTIONS TO INCUR COST OF EXPERT

THIS MATTER is before the Court on the Motions to Incur the Cost of an Expert [ECF Nos. 739, 740], filed by Defendants Albert Takhalov and Stanislav Pavlenko.

These Motions are vague and do not set forth details that would allow the Court to determine if the expenditure of $5,000 per expert is reasonable and necessary. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Motions are **DENIED** without prejudice. Defendants may re-file their Motions, provided they set forth in detail the nature of the evidence and their need for an expert. If the information is sensitive, Defendants may move *ex parte* and file their request under seal.

     **DONE and ORDERED** in chambers at Miami, Florida on August 24, 2012.

                        _____
                        **ROBERT N. SCOLA, JR.**
                        **UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of record