UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cr-20279-SCOLA

UNITED STATES OF AMERICA,

v.

MIKHAIL RASNER,

    Defendant.
_____/

# ORDER REGARDING CONFLICT OF COUNSEL
# WITH TRIAL IN *UNITED STATES v. CLUM*

THIS MATTER is before the Court on Counsel's Notice of Filing Order of Judge Dimitrouleas Re: Irreconcilable Conflict with *United States v. Clum* [ECF No. 763], filed by Defendant Mikhail Rasner's counsel, Martin Feigenbaum.

If counsel's client in *United States v. Clum*, Case No. 11-cr-60273-WPD, proceeds to trial on October 1, 2012 as anticipated, then counsel is excused from the calendar call and trial in this matter. Should that come to pass, the Court will sever out Defendant Rasner and proceed to trial with the remaining Defendants. *The trial in this matter will proceed as previously scheduled, with or without Defendant Rasner.* Counsel shall keep the Court apprised of whether or not his client in *Clum* proceeds to trial, on October 1, 2012, as expected.

**DONE and ORDERED** in chambers at Miami, Florida on September 20, 2012.

                                                      ROBERT N. SCOLA, JR.
                                                      UNITED STATES DISTRICT JUDGE

*Copies to:*
Counsel of record