UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20279-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,
v.

STANISLAV PAVLENKO, ISAAC
FELDMAN, ALBERT TAKHALOV,
KRISTINA TAKHALOV, AND
SIAVASH ZARGARI,

    Defendants.
_____/

## **AMENDED ORDER REGARDING DEFENDANTS' LAPTOPS**

THIS MATTER is before the Court following a meeting with the U.S. Marshalls Service concerning security implications of Defendants bringing their laptop computers into the courthouse. Upon further consideration, the Defendants may continue to bring their personal laptops to court if, and only if, these two conditions are agreed to and followed:

1) Defendants must subject their laptops to inspection by Court Security upon entry to the courthouse. Defendants will be required to turn their computers on and verify for the Court Security Officers that the computers are fully functioning; and

2) Defendants must subject their laptops to random searches by the U.S. Marshalls Service during the course of trial to ensure that the computers are being used appropriately.

If Defendants have any concerns about allowing the U.S. Marshalls Service to access their laptops, then Defendants may leave their computers at home and write out their notes in longhand.

**DONE and ORDERED** in Chambers at Miami, Florida on October 10, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

*Copies to:* Counsel of Record